**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIDIFFAUTO, et al., <br><br> Defendants. | Case No. 19-cv-04354 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Gabriel Fuentes** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on August 28, 2019 [48], in favor of Plaintiff Volkswagen Group of America, Inc. ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant for willful use of counterfeit Plaintiff's Trademarks on products sold through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfies the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| FranklinFu | 98 |
| guangzhouajun | 103 |
| lixinyue | 110 |
| Los | 112 |
| pingyangcaifabiaopaichang | 116 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 17th day of April 2020.     Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Volkswagen Group of America, Inc.*